The Honorable David G. Estudillo

Set for Hearing: February 18, 2025

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RUBEN GONZALEZ VALDEZ and SHANDA GONZALEZ, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br>v.<br>ROBERT J. LOWE and JANE DOE LOWE, husband and wife, and the marital community composed thereof; and MERCER TRANSPORTATION CO., INC., a foreign corporation company; and ABC CORPORATIONS 1 THROUGH 5,<br><br>Defendants. | NO. 3:24-cv-05944<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate and agree that all claims in the above captioned lawsuit may be dismissed in their entirety, with prejudice, and without costs and attorneys' fees to any party.

STIPULATION AND ORDER OF DISMISSAL - 1

Williams. Kastner & Gibbs PLLC
601 Union Street. Suite 4100
Seattle. Washington 98101-2380
(206) 628-6600

4898-4729-6015.1

Submitted this 18th day of February 2025.

| | |
|---|---|
| ROBINSON & KOLE INC. PS | WILLIAMS, KASTNER & GIBBS PLLC |
| /s/ Alexei Gaslorkiewicz, WSBA No. 48813 | By *s/Stacy DeMass* |
| 911 Dupont St. | Rodney L. Umberger, Jr., WSBA No. 24948 |
| Bellingham, WA 98225 | Stacy L.R. DeMass, WSBA No. 45592 |
| Tel:  (360) 671-8112 | Two Union Square |
| Email: AlexeiG@robinsonkole.com | 601 Union Street, Suite 4100 |
| | Seattle, WA 98101-2380 |
| ***Attorneys for Plaintiff*** | Phone:  206.628.6600 |
| | Fax:     206.628.6611 |
| | Email:  rumberger@williamskastner.com, |
| |              sdemass@williamskastner.com |
| | ***Counsel for Robert J. Lowe and Mercer Transportation Co., Inc.*** |

STIPULATION AND ORDER OF DISMISSAL - 2

4898-4729-6015.1

## ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiffs and Defendants, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorney fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All Plaintiffs claims against Defendants are hereby dismissed with prejudice and without costs and attorney fees to any party.

DATED this 18th day of February 2025.

David G. Estudillo
United States District Court Judge

Presented by:

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Stacy DeMass*
Rodney L. Umberger, Jr., WSBA No. 24948
Stacy L.R. DeMass, WSBA No. 45592
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax:    206.628.6611
Email: rumberger@williamskastner.com,
       sdemass@williamskastner.com

***Counsel for Robert J. Lowe and Mercer Transportation Co., Inc.***

STIPULATION AND ORDER OF DISMISSAL - 3

Williams, Kastner & Gibbs PLLC
601 Union Street. Suite 4100
Seattle. Washington 98101-2380
(206) 628-6600

4898-4729-6015.1

2  Agreed to by:

3  _/s/ signature_
Ale • E. Gasiorkiewi , WSBA No. 'iig,_3

4  **ROBINSON & KOLE INC. PS**
911 Dupont St.

5  Bellingham, WA 98225
Tel:   (360) 671-8112

6  Email: AlexeiG@robinsonkole.com

7  *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL - 4

**Williams, Kastner** & **Gibbs PLLC**
601 Union Street. Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4898-4729-6015.l